United States District Court

District of Oregon

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>    v.<br><br>Eduardo Segura,<br><br>                    Defendant. | Case No. 1:14-cr-00357-HZ-1<br><br>**Order granting motion to reduce sentence** |

Hernández, Chief United States District Judge:

This matter is before the Court on the parties' joint motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of Defendant's sentence to Time Served. Thus, the sentence is hereby amended to a term of: Time Served in this case only (i.e., **1:14-cr-00357-HZ-1)**.

The Court concludes that the defendant's release under this order will not pose a danger to any other person or the community, especially in light of the RRC

placement ordered in Segura's 2018 case. In a separate order, in case **3:18-cr-00251-HZ-2**, Segura will remain on supervised release and reside in the RRC as indicated in the amended judgement in that 2018 case.

The sentence reduction in this case is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in this case only (i.e., **1:14-cr-00357-HZ-1)**, in accordance with this decision.

Dated this \_\_\_22\_\_\_ day of December, 2020.

                                                      */s/ Marco Hernández*
                                                      Hon. Marco A. Hernández
                                                      Chief United States District Court Judge